UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                                           ) | Case No. 06-mj-0009 |
|             Plaintiff,                             ) | |
|                                                           ) | RELEASE ORDER NO. _____ |
|         v.                                           ) | |
| JAVIER VELAZQUEZ HAUNTE  ) | ORDER FOR RELEASE OF |
|                                                           ) | PERSON IN CUSTODY |
|             Defendant.                        ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release Javier Velazquez Huante, Case No. 06-mj-0009, Charge possess methamphetamine; possess paraphernalia; 2 counts possess misappropriated property; fail to disp by permit from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　　X   Release on Personal Recognizance

　　　　___ Bail posted in the sum of $_____

　　　　___ Unsecured Appearance Bond

　　　　___ Appearance Bond with 10% Deposit

　　　　___ Appearance Bond with Surety

　　　　___ Corporate Surety Bail Bond

　　　　___ (Other) _____

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Redding, California on May 22, 2007 at 11:20 (a.m.)/p.m.

Original - U.S. Marshal

By _____
United States District Judge or
United States Magistrate